UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:18-cv-00884 |
| v. | ) |
| | ) |
| CSX INTERMODAL TERMINALS, INC., | ) |
| and JONATHAN LOWE, individually. | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION TO EXTEND TIME TO FILE
REPORT REGARDING SETTLEMENT CONFERENCE**

Plaintiff Brian White and Defendants CSX Intermodal Terminals, Inc. and Jonathan Lowe jointly move for an extension of the deadline to file a written report regarding whether they wish to schedule a settlement conference in this matter. In support of this motion, the parties state as follows:

1. On September 5, 2019, the Court issued an order granting in part and denying in part Defendants' motion for summary judgment. (ECF No. 34.) The Order instructs the parties to file a written report no later than September 25, 2019 regarding whether they wish to schedule a settlement conference in this matter and, if they do not wish to schedule such a conference, a proposed schedule for trial.

2. On September 19, 2019, Defendants moved for reconsideration of the Court's order denying summary judgment on Plaintiff's claim under the Family and Medical Leave Act (FMLA). (ECF No. 35.) Plaintiff has not yet responded to this motion.

1

3. The disposition of the motion for reconsideration will influence any settlement discussions.

4. Accordingly, the parties respectfully request that the Court extend the deadline to file a report regarding whether they wish to schedule a settlement conference until after the Court has ruled on Defendants' Motion for Reconsideration.

Date: September 25, 2019

/s/ Seth Carson
Seth Carson, Esq.
1845 Walnut Street, Suite 1601
Philadelphia, PA 19103
(215) 391-4790
seth@dereksmithlaw.com

Attorney for Plaintiff

/s/ Thomas R. Chiavetta
Thomas R. Chiavetta
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
(202) 879-3939
tchiavetta@jonesday.com

James S. Urban
JONES DAY
500 Grant St., Suite 3100
Pittsburgh, PA 15219
(412) 394-7906
jsurban@jonesday.com

Attorney for Defendants